Jeanette R. RIGATTI, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 58831.

Missouri Court of Appeals,
Western District.

May 15, 2001.

Sarah N. Weber, Assistant Public Defender, Kansas City, MO, Attorney for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Dora A. Fichter, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before ULRICH, P.J., and SMITH and NEWTON, JJ.

### Order

PER CURIAM.

Jeanette R. Rigatti appeals from the circuit court's order denying, without an evidentiary hearing, her Rule 24.035 motion for post-conviction relief for ineffective assistance of counsel. The appellant entered an Alford plea in the Circuit Court of Lafayette County, Missouri, before the Honorable Robert H. Ravenhill, to a charge of the class C felony of involuntary manslaughter, § 565.024.1, for which she was sentenced to seven years imprisonment in the Missouri Department of Corrections.

Judgment affirmed. Rule 84.16(b).